JS - 6

**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 09-597-VAP (RZx)                                           Date:  May 4, 2009

Title:   AURORA LOAN SERVICES, LLC -v- JOSE NOE NUNEZ; and DOES 1 to 20, inclusive
================================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

Marva Dillard                                              None Present
Courtroom Deputy                                      Court Reporter

ATTORNEYS PRESENT FOR                      ATTORNEYS PRESENT FOR
PLAINTIFFS:                                              DEFENDANTS:

None                                                              None

PROCEEDINGS:        ORDER REMANDING FOR LACK OF SUBJECT MATTER JURISDICTION (IN CHAMBERS)

     Defendant removed this case to this Court on March 26, 2009.  Removal is inappropriate when the district court would not have original jurisdiction over the case.  <u>See</u> 28 U.S.C. § 1441(a).  A case shall be remanded when the court lacks subject matter jurisdiction.  <u>See</u> 28 U.S.C. § 1447(c).  The Court issued an Order to Show Cause regarding subject matter jurisdiction on April 6, 2009.  Defendant failed to timely respond.  The Court REMANDS the action to the California Superior Court for the County of Riverside.

**IT IS SO ORDERED.**